No. 95–5259. WHITEHEAD v. BRADLEY UNIVERSITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5261. WRIGHT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5262. TREVINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–5263. SWIST v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 95–5265. ATKINS v. MICHIGAN DEPARTMENT OF CORREC-TIONS. Ct. App. Mich. Certiorari denied.

No. 95–5266. WHITON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5267. TURNER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 95–5268. WINTERS v. GENERAL MOTORS ACCEPTANCE CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–5269. THORNTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5270. BROWNING v. FOURTEEN DEFENDANTS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–5271. ADEPEGBA v. IMMIGRATION AND NATURALIZA-TION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 95–5272. BOOKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5273. MCLAURIN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 95–5275. PAQUETTE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.